# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ELWOOD SMALL, | : | |
|    Petitioner, | : | CIVIL ACTION |
| | : | |
|       v. | : | NO. 21-604 |
| | : | |
| JAMIE SORBIA, *et al.,* | : | |
|    Respondents. | : | |

## ORDER

**AND NOW** this 12th day of February, 2024, upon review of Petitioner's "Motion to Reopen and Amend the Independent Action to Obtain Relief from Judgment or Order Pursuant to Rule 60(b) and 60(d)" and Respondents' opposition thereto, it is hereby **ORDERED** as follows:

1. Petitioner's "Motion to Reopen and Amend the Independent Action to Obtain Relief from Judgment or Order Pursuant to Rule 60(b) and 60(d)" (Docket No. 31) is **DENIED**; and

2. There is no probable cause to issue a certificate of appealability.

                                        **BY THE COURT:**

                                        **/s/ Jeffrey L. Schmehl**
                                        JEFFREY L. SCHMEHL, J.